

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00193-CR

**MICHAEL ANTHONY MOORE,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 17957-272

## MEMORANDUM  OPINION

Michael Anthony Moore appeals the denial of his motion for DNA testing under Chapter 64 of the Texas Code of Criminal Procedure.  As in *Williams v. State*, No. 01-04-00772-CR, 2005 Tex. App. LEXIS 2284, *9 (Tex. App.—Houston [1st Dist.] March 24, 2005, pet. ref'd) (not designated for publication), the record reflects that there was uncontroverted evidence that the State no longer had possession of any biological material related to Moore's case.  You cannot test what you do not have.  The trial court did not err in denying Moore's motion for DNA testing.  TEX. CODE CRIM. PROC. ANN.

art. 64.03(a)(1)(A)(i) (West Supp. 2012). Moore's issues are overruled, and the trial court's order is affirmed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Affirmed
Opinion delivered and filed January 10, 2013
Do not publish
[CRPM]